UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  
**Hoodstock Enterprises, LLC**

Case No. **22-31304-pcm12**

EX. D-1  
FINANCIAL REVIEW OF DEBTOR'S  
*FARMING/FISHING* BUSINESS  
[File With Statement of Financial Affairs in All Chapter 12 Cases; and Chapter 13 Cases If Debtor Earns Any Income From Any Ownership Interest in a FARMING or FISHING Business]

Debtor(s)

(NOTE: **ONLY INCLUDE** information directly related to the farming/fishing operation. This information is to be from the corporate books where necessary. If an item of Income or Expense does not apply indicate with N/A. **Column (2) of this exhibit must be updated and submitted to the Trustee on a quarterly basis.**)

**INDICATE ACCOUNTING METHOD USED:** **X** Cash Basis  ___ Accrual Basis  
**BUSINESS NAME, ADDRESS AND PHONE NUMBER: Hoodstock Enterprises, LLC;**

|  | (1) Previous Calendar Year | (2) Current Year to Date | (3) Projected Annual Income and Expense |
|---|---|---|---|
| **FARMING/FISHING INCOME:** | | | |
| 1. Total Income | $ 12,500 | $ | $ 12,500 |
| 2. Custom Hire Income | $ | $ | $ |
| 3. Total Other Income | $ | $ | $ 12,500 |
| 4. Total Government Payments | $ | $ | $ |
| 5. Gross Income | $ 12,500 | $ | $ 25,000 |
| **FARMING/FISHING EXPENSES:** | | | |
| 6. Chemicals | $ | $ | $ |
| 7. Custom Hire | $ | $ | $ |
| 8. Equipment Rental | $ | $ | $ |
| 9. Feed | $ 6,400 | $ | $ 6,400 |
| 10. Fertilizers | $ | $ | $ |
| 11. Fuel | $ | $ | $ |
| 12. Insurance | $ | $ | $ |
| 13. Interest | $ | $ | $ |
| 14. Labor Hired | $ | $ | $ |
| 15. Rent/Lease | $ | $ | $ |
| 16. Repairs | $ 4,600 | $ | $ 1,000 |
| 17. Seeds | $ | $ | $ |
| 18. Supplies | $ | $ | $ 100 |
| 19. Payroll Taxes | $ | $ | $ |
| 20. Income/Self Employment Taxes | $ | $ | $ |
| 21. Taxes-Other | $ | $ | $ |
| 22. Utilities | $ 1,500 | $ | $ |
| 23. Vehicle Expenses | $ | $ | $ |
| 24. Veterinary and Medicine | $ | $ | $ |
| 25. Other Expenses: | | | |
|  | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| 26. Total Accounts Payable (attach schedule) | $ | $ | $ |
| 27. Total Farming/Fishing Expenses | $ 12,500 | $ | $ 7,500 |
| 28. NET FARMING/FISHING INCOME (line 5 less line 27) | $ 0.00 | $ | $ 17,500 |
| ESTIMATED AVERAGE NET MONTHLY INCOME | | | $ 17,500 |