In re )
**Hoodstock Enterprises, LLC** ) Case No. **22−31304−pcm12**  November 8, 2022
Debtor(s) )
) Clerk, U.S. Bankruptcy Court
) **Notice of Chapter 12**
) **Confirmation Hearing** BY **rrh** DEPUTY
)

**NOTICE IS GIVEN THAT:**

1. The debtor filed a plan (or modified plan) dated **11/7/22**. The debtor's address is 1749 22nd Street, Hood River, OR 97031, and Taxpayer ID# is 82−0749286.

2. Objections to the proposed plan must be made in writing, setting forth the specific grounds for the objection. The original must be filed at least 5 business days before the hearing scheduled in paragraph 3 below with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204. Any objection must be served on the debtor(s) and any debtor's attorney. Creditors who have filed a timely written objection may also appear at the confirmation hearing to voice objections.

3. A hearing on confirmation of the plan will be held on: **12/19/22** at: **01:30 PM**
   in/by: **Video Hearing − To connect, see www.orb.uscourts.gov/video−hearings**. Testimony will be received if offered and admissible.

   If via video hearing, requirements for presentation of testimony are set forth in the Order Establishing Procedures for Video Trial that has been or will be entered in this case.

4. The debtor must:

   a. Serve the plan and this notice in the manner required by law, including in the following manner:

      i. For a person or entity treated in plan paragraphs 2(b)(1) or 2(b)(2) (under the columns headed "Collateral Value if Not Paying in Full") or in plan paragraph 3:

         1. If the person or entity is an insured depository institution as defined in FRBP 7004(h) and none of the exceptions in FRBP 7004(h)(1)−(3) applies, service must be by certified mail addressed to an officer of the institution.

         2. Otherwise, service must be by first−class mail, postage prepaid, to a person or entity at an address permitted by FRBP 7004(b) or in another manner permitted by FRCP 4(e)−(i).

      ii. For a person or entity not described in 4.a.i and all creditors, service must be by first−class mail, postage prepaid, or in any other manner permitted by law.

   b. File a certificate of service within 7 days after the date of this notice listing the names and addresses of all persons and entities served other than via notice of electronic filing, including all served by certified mail or by first−class mail, postage prepaid, and the date and manner of service for each person or entity.

**Note:** Due to tight statutory time requirements, the hearing scheduled above will not normally be reset. Settlements should be completed before the time set for hearings.

Clerk, U.S. Bankruptcy Court