| 12/19/2022 | | Judge Peter C McKittrick |
|---|---|---|
| 01:30 22-31304-pcm12 | Hoodstock Enterprises, LLC - db | NICHOLAS J HENDERSON |
| | Veristone Mortgage, LLC | MICHAEL SCOTT |
| | Virginia Andrews Burdette -tr | |

**Matter: Confirmation Hearing**

Additional Appearances: Mary Kathleen Heron -db

Summary of Proceedings

Mr. Henderson apprised the Court on the 3 outstanding objections to the confirmation of plan raised by creditors and the Trustee. The Court brought to the attention of Mr. Henderson, a typographical error on debtor's exhibit D-1 and a missing attachment that was specified in the plan. Per Mr. Henderson, he will refile the corrected documents today as well as, lodge the order on the application to employ his firm.

Parties do not object to a setover of the confirmation hearing; therefore, the Court finds cause to extend the time for confirmation of the debtor's plan to 1-13-2023.

Adjourned confirmation hearing 1-12-2023 at 1:30 p.m. by video. Visit www.orb.uscourts.gov/video-hearings for connection information.

Order to be prepared by: _____ Clerk's Office   _____ Chambers   Other: