Michael S. Scott, OSB# 973947
**McCarthy & Holthus, LLP**
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
Phone (971) 201-3200
Fax (971) 201-3202
Attorneys for Veristone Mortgage, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Hoodstock Enterprises, LLC,<br><br>Debtor. | Case No. 22-31304-pcm13<br><br>VERISTONE MORTGAGE, LLC'S WITNESS LIST |

Veristone Mortgage, LLC ("Veristone"), by and through its undersigned attorney, hereby submits the following Witness List in advance of the January 12, 2022 hearing on Veristone's Objection to Confirmation:

## I. WITNESSES:

Veristone does not intend to call any witnesses for direct testimony at trial.

**Other witnesses as necessary and appropriate.** To the extent necessary and appropriate for purposes of authentication or rebuttal or for such other reasons as are permitted under the Federal Rules of Evidence and the Federal Rules of Bankruptcy Procedure, Veristone Mortgage, LLC may call additional witnesses yet to be identified.

Dated: January 10, 2023

**McCarthy & Holthus, LLP**

/s/ Michael S. Scott
Michael S. Scott, OSB# 973947

Attorneys for Veristone Mortgage, LLC

## CERTIFICATE OF SERVICE

On 1/10/2023, I served the foregoing **WITNESS LIST** on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR'S COUNSEL** |
|---|---|
| Virginia Andrews Burdette | Nicholas J Henderson |
| vab@andrewsburdette.com | nhenderson@portlaw.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 1/10/2023, I served the foregoing **WITNESS LIST** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Hoodstock Enterprises, LLC, 1749 22nd Street, Hood River, OR 97031

**US TRUSTEE**
1220 SW 3rd Ave Ste 315, Portland, OR 97204

**OTHER LIEN HOLDER**
Hood River County, 601 State Street, Hood River, OR 97031

**SPECIAL NOTICE**
ODR Bkcy, 955 Center St. NE, Salem, OR 97301-2555

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 1/10/2023

/s/ Hue Banh
Hue Banh