NOHIC (3/22/18) rrh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 13, 2023

Clerk, U.S. Bankruptcy Court

BY **rrh** DEPUTY

In re
**Hoodstock Enterprises, LLC**
Debtor(s)

Case No. **22–31304–pcm12**

NOTICE OF RESCHEDULED HEARING

This notice RESETS the confirmation hearing previously scheduled for 1/12/23.

**PLEASE TAKE NOTICE** that a(n) **Rescheduled Confirmation Hearing,** at which testimony will be received if offered and admissible, will be held:

**DATE:** 1/24/23  **TIME:** 01:30 PM

**LOCATION:** Video Hearing – To connect, see www.orb.uscourts.gov/video–hearings

All timely filed objections to confirmation will be heard and considered at this time.

Clerk, U.S. Bankruptcy Court