United States Bankruptcy Court
District of Oregon

In re: Case No. 22-31304-pcm
Hoodstock Enterprises, LLC  Chapter 12
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 1
Date Rcvd: Jan 13, 2023     Form ID: NOHIC     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hoodstock Enterprises, LLC, 1749 22nd Street, Hood River, OR 97031-8672 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023     Signature:     /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 13, 2023

Clerk, U.S. Bankruptcy Court

BY **rrh** DEPUTY

In re
**Hoodstock Enterprises, LLC**
Debtor(s)

) Case No. **22−31304−pcm12**

) NOTICE OF RESCHEDULED HEARING

This notice RESETS the confirmation hearing previously scheduled for 1/12/23.

**PLEASE TAKE NOTICE** that a(n) **Rescheduled Confirmation Hearing,** at which testimony will be received if offered and admissible, will be held:

**DATE:** 1/24/23 **TIME:** 01:30 PM

**LOCATION:** Video Hearing − To connect, see www.orb.uscourts.gov/video−hearings

All timely filed objections to confirmation will be heard and considered at this time.

Clerk, U.S. Bankruptcy Court